UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSY EVON GARRETT-BABERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00686-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

　　　Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from August 29, 2025, to October 28, 2025. (Doc. 12).

　　　For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **October 28, 2025**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 5 at 2).

IT IS SO ORDERED.

　　Dated:　**August 29, 2025**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE